FILED'06 FEB 10 16:18 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRIS EDWARD DILLARD,)
)
        Plaintiff,)
)
  v.) Civil No. 05-1932-TC
)
) ORDER
CHARLES DANIELS, et al.,)
)
        Defendants.)
)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on January 26, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1   - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Plaintiff's motion for preliminary injunction and/or temporary restraining order (#6) is denied.

IT IS SO ORDERED.

DATED this 10th day of Feb., 2006.

_Michael C. Hogan_
UNITED STATES DISTRICT JUDGE