FILED'06 JUL 26 14:56USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRIS E. DILLARD,

        Petitioner,         Civil No. 05-932-TC

      v.                            FINDINGS AND
                                       RECOMMENDATION

CHARLES DANIELS,

        Respondent.

COFFIN, Magistrate Judge.

By Order (#20) entered February 28, 2006, plaintiff's civil rights [Bivens] complaint seeking transfer to a Community Corrections Center prior to his sentence termination date was construed as a request for relief under 28 U.S.C. § 2241.

The record reflects that petitioner was transferred to a halfway house on April 5, 2006, and released to the community to begin his supervised release term on May 12, 2006.

1 - FINDINGS AND RECOMMENDATION

Accordingly, petitioner's claim for relief should be denied as moot. This proceeding should be dismissed.

IT IS SO ORDERED

DATED this 26 day of July, 2006.

Thomas M. Coffin
United States Magistrate Judge

2 - FINDINGS AND RECOMMENDATION